STATE OF NEW JERSEY v. JAMES MICHAEL ROSE.

Dec. 4, 1979. Motion for leave to appeal is granted and the matter is summarily remanded to the Appellate Division for a full hearing on the merits; and it is further

ORDERED that either party may seek leave of the Appellate Division to expand the record; and it is further

ORDERED that jurisdiction is not retained.

CORPORATION COUNSEL OF THE CITY OF PATERSON v. THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS.

Dec. 4, 1979. Petition for review of the Advisory Committee on Professional Ethics Opinion Number 423, entitled *Conflict of Interest—Municipal Prosecutor Prosecuting Municipal Employees at Hearings and on Appeals*, is granted.

SALVATORE PERILLO v. THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS.

Dec. 4, 1979. Petition for review of the Advisory Committee on Professional Ethics Opinion Number 423, entitled *Conflict of Interest—Municipal Prosecutor Prosecuting Municipal Employees at Hearings and on Appeals*, is granted.

STATE OF NEW JERSEY v. JAMES MARTIN.

Dec. 10, 1979. Petition for certification denied.